WAWD (Rev. 2/2018) IFP and Written Consent

ENTERED FILED
LODGED RECEIVED

## UNITED STATES DISTRICT COURT
### Western District of Washington

DEC 27 2018   GT

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Adam S. Martushoff

Plaintiff

vs.

State of Washington, et. al.

Defendant(s)

Case Number:

**18-CV-01870**

**DECLARATION AND APPLICATION
TO PROCEED IN FORMA PAUPERIS
AND WRITTEN CONSENT FOR
PAYMENT OF COSTS**

RSM

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) Adam S. Martushoff declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows: See attachments.

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

☐ Yes   Total amount of net monthly salary (take home pay) $ _____

   Name and address of employer _____

☒ No   Date of last employment 5/15/2016 Total amount of last net monthly salary $ 600.00
   See attachments.

2. If married, is your spouse presently employed?   ☒ Not married

☐ Yes   Total amount of spouse's net monthly salary (take home pay) $ _____

   Name and address of employer _____

☐ No   Date of spouse's last employment _____ Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

a. Business, profession or other self-employment          $ N/A
b. Income from rent, interest or dividends                 $ N/A
c. Pensions, annuities or life insurance payments          $ N/A
d. Disability, unemployment, workers compensation or public assistance   $ N/A
e. Gifts or inheritances                                   $ N/A
f. Money received from child support or alimony            $ N/A
g. Describe any other source of income _____     $ N/A

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ 4.00          Checking Account $ 20.00          Savings Account $ N/A

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☐ Yes

☒ No

$ [           ]

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children. )

☒ Yes

☐ No

Generally I have my two children with me 2-3 days a week and support them.

$ 600-800 /mn ?

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

Housing, food, utilities, etc.

$ 1200.00

8. Provide any other information that will help explain why you cannot pay court fees and costs.

See attachments.

I declare under penalty of perjury that the foregoing is true and correct.

12/27/2018
**Executed on: (Date)**          **Signature of Plaintiff**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) Adam S. Martushoff

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

12/27/2018
**Executed on: (Date)**          **Signature of Plaintiff**

United States District Court
Western District of Washington

____ FILED    ____ ENTERED
____ LODGED    ____ RECEIVED

DEC 27 2018  GT

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY   WESTERN DISTRICT OF WASHINGTON
                                DEPUTY

Adam S. Martushoff,

        Plaintiff,

vs.

State of Washington,

Washington State Office of Public Defense,

Skagit County Sheriff's Department,

Criminal Justice Training Center,

Office of the Attorney General,

Office of Governor Jay Inslee,

U.S. Senator Maria Cantwell,

Child Protective Services,

Washington State Courts,

Office of the Ombuds,

County of Skagit,

County of Kitsap,

Theresa Luvera,

        Defendant.

Case No.

# 18-CV-01870 RSM

**Declaration and Application to Proceed**
*In Forma Pauperis*
**&**
**Written Consent for Payment of Costs**

Note for Determination On: January 11th, 2019

## DECLARATION AND APPLICATION TO PROCEED *IN FORMA PAUPERIS*

I, Adam S. Martushoff, declare that I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is briefly stated as follows:

Application to Proceed In Forma Pauperis        Pg. 1

I am bringing a civil rights lawsuit against the above stated agencies and individuals for violating my rights under the ~~X XI~~ V, VI, & XIV Amendments of the United States Constitution.

In support of this application, I answer all of the following questions:

1. Are you presently employed?  **No.**

Date of last employment: 5/15/2016.          Total amount of last net monthly salary $600.00.

I am currently a full-time student at the University of Washington (majoring in Laws, Societies, & Justice; minoring in Music and Philosophy) receiving educational job training for future employment in the field of Human Rights Advocacy and Equal Rights Advocacy.

2. If married, is your spouse presently employed?  **I am not married.**

3. For the past twelve months, list the amount of money you have received from any of the following sources.

a. Business, profession or other self-employment $ N/A

b. Income from rent, interest or dividends $ N/A

c. Pensions, annuities or life insurance payments $ N/A

d. Disability, unemployment, workers compensation or public assistance $ N/A

e. Gifts or inheritances $ N/A

f. Money received from child support or alimony $ N/A

g. Describe any other source of income $ N/A

Application to Proceed In Forma Pauperis          Pg. 2

4. List the amount for each of the following for you:

Cash on hand $5.00          Checking Account $34.00          Savings Account $ N/A

5. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

    **No.**

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month.

    **Yes.** I am supposed to have my two children on average 2-3 days a week throughout the year, and when they're with me I support them, though the exact amount is unspecified.

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

    Rent, utilities, food, clothing, etc: $1200.00 (see <u>Attachment 1</u>).

8. Provide any other information that will help explain why you cannot pay court fees and costs.

    I have over $90,000.00 in debt that, in-part, has and continues to accrue interest (see <u>Attachment 1</u>).

## DECLARATION

I declare under penalty of perjury under the laws of the United States of America that I, Adam S. Martushoff, am the Plaintiff in this matter, and that the facts I have provided herein are true and correct to the best of my knowledge.

DATED this 26th day of December, 2018.     Signed: _____

Adam S. Martushoff, Plaintiff, *Pro Se*

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, Adam S. Martushoff, hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

DATED this 26th day of December, 2018.     Signed: _____

Adam S. Martushoff, Plaintiff, *Pro Se*

Application to Proceed In Forma Pauperis          Pg. 4

# ATTACHMENT #1

# ATTACHMENT #1

# ATTACHMENT #1

# ATTACHMENT #1

# ATTACHMENT #1

United States District Court
Western District of Washington

_____FILED   _____ENTERED
_____LODGED   _____RECEIVED

DEC 27 2018  **GT**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Adam S. Martushoff,

    Plaintiff,

vs.

State of Washington,

Washington State Office of Public Defense,

Skagit County Sheriff's Department,

Criminal Justice Training Center,

Office of the Attorney General,

Office of Governor Jay Inslee,

U.S. Senator Maria Cantwell,

Child Protective Services,

Washington State Courts,

Office of the Ombuds,

County of Skagit,

County of Kitsap,

Theresa Luvera,

    Defendant.

Case No.

**Financial Declaration of
Adam S. Martushoff**

## FINANCIAL DECLARATION OF ADAM S. MARTUSHOFF

I, the Plaintiff, Adam S. Martushoff, hereby declare the following in regards to my current financial circumstances:

Financial Declaration of Plaintiff    Pg. 1

1.       I recently attained my Associate of Arts Degree from South Seattle College and am currently receiving job training as a full-time student at the University of Washington (UW) majoring in Laws, Societies & Justice, minoring in Music and Philosophy.

2.       Throughout the summer quarter and my summer break* I did federal work-study through UW as a part-time evening/overnight supervisor at a Seattle based homeless shelter. I was paid once a month on the last day of the month.

      a. Hourly Wage: $14.00 hr.

      b. Scheduled Hours Per Week: 15 hrs.

      c. Gross Monthly Income: $840.00

      **Net Monthly Income: $777.00**

      *I was awarded $1,000.00 a quarter in federal work-study grants, but I have already earned my fall quarter award amount, so I will not be eligible for work-study again until Winter Quarter 2019 (January).*

3.       I receive $191 a month in EBT (food stamps), I am enrolled in state funded medical due to my state of poverty, I currently am not receiving any child support, I do not have any other household income, and I do not have any assets.

4.       My current monthly expenses are:

      a. Rent with utilities included: $565.00 a month.

      b. Cellphone & Wireless Plan thru AT&T: $125.00 a month.

      c. Comcast Internet: $30 a month.

      d. Hulu & Amazon Prime: $13 a month.

e.  Food & Household Expenses: $250.00 a month.

f.  Personal Expenses: $100

**Total Monthly Expenses: $1,083.00**

5.      I currently have the following debts:

a.  Back Child Support $6,500.00

b.  Defaulted Car Loan: $23,000.00

c.  Credit Card & Bank Debt: $1,000.00

d.  Prior Divorce Attorney Fees: $10,000.00

e.  Student Loan Debt: $42,549.00

f.  UW Short-Term Loan: $2,370.00

g.  Current Family Law Attorney Fees Debt: $4,972.00

**Approximate Total Debt: $90,391.00** (see proof of debts included herewith)

6.      My total lawyer fees and costs for matters related hereto:

a.  Amount Paid: $9,127.00

b.  Amount Still Owed: $4,972.00

**Total Lawyer Fees & Costs: $14,099.00**

7.      My bank account currently has a balance of $34.00 and I have $5.00 cash on my person.

Financial Declaration of Plaintiff                    Pg. 3

# DECLARATION

I declare under penalty of perjury under the laws of the United States of America that I, Adam S. Martushoff, am the Plaintiff in this matter, and that the facts I have provided herein are true and correct to the best of my knowledge.

DATED this 26th day of December, 2018.    Signed: _____

Adam S. Martushoff, Plaintiff, *Pro Se*

Financial Declaration of Plaintiff                    Pg. 4



| print this |
|:----------:|

ADAM S. MARTUSHOFF
GREAT LAKES ID: 16-5478126

---

# Account Details

**Stafford Loans**

U.S. DEPARTMENT OF EDUCATION (798581)
Payment Reference Number: 1654781260000003

Sign Up for Auto Pay

| make a payment |
|:--------------:|

# Balance & Status

| | |
|---|---:|
| Principal | $48,829.76 |
| Accrued Interest | $3,319.75 |
| **Total Balance** as of **Oct 8, 2018** | **$52,149.51** |
| | Not a payoff amount. |

View Payment History  |  Calculate Payoff Amount

https://mygreatlakes.org/educate/accounts/detail/serviced/b2693d79-543d-4e6d-926c-921dff007337?printView=true

# THE SHAPIRO LAW GROUP, P.S.
600 First Avenue, Suite 410, Seattle, WA 98104    Telephone: (206) 557-4655

Invoice To: Adam Martushoff

Invoice Date: 6/8/2018
Invoice No.: 0518-177

| DATE | PROFESSIONAL SERVICES | HOURS | 325/150 RATE | AMOUNT |
|---|---|---|---|---|
| | **Attorney** | | | |
| 5/1/2018 | Draft client's response to petition for protection order and motion for adequate cause | 4.5 | $325.00 | $1,462.50 |
| 5/3/2018 | Draft, edit, compile attachments for client's response declaration; draft legal memorandum | 6.4 | $325.00 | $2,080.00 |
| 5/7/2018 | Review all pleadings, client's emails, prepare oral argument for court hearing; appear at court hearing w/client; travel to/from Kitsap Co. Superior Court | 5 | $325.00 | $1,625.00 |
| 5/10/2018 | Draft objection to late submission of evidence for hearing by opposing counsel, draft attorney fee declaration | 1.6 | $325.00 | $520.00 |
| 5/11/2018 | Appear via telephone for court's decision re protection order and parenting plan modification | 0.5 | $325.00 | $162.50 |
| | **Paralegal** | | | |
| 5/2/2018 | Prepare declaration attachments, sealed Coversheets and Support Declarations; Print and Copy 3 sets of all documents for court filing and Working Copies | 1.6 | $150.00 | $240.00 |
| 5/3/2018 | Scan revised declaration and brief to client file; prepare documents for Service to OC, email to OC; send copy of email to client | 0.3 | $150.00 | $45.00 |
| 5/10/2018 | Finalize objection to late submission, fax to court, email to OC; prepare and mail check to court clerk for fax filing fee | 0.4 | $150.00 | $60.00 |
| | TOTAL Due for Services: | 20.3 | | $6,195.00 |

| | **Expenses** | | |
|---|---|---|---|
| 5/10/2018 | Kitsap Superior Court - fax fee | | $18.00 |
| | TOTAL Due for Expenses: | | $18.00 |

Thank you for your business.        Fed ID#: 46-2267267        1 of 2

# THE SHAPIRO LAW GROUP, P.S.

600 First Avenue, Suite 410, Seattle, WA 98104    Telephone: (206) 557-4655

| | |
|---|---:|
| **TOTAL DUE FOR SERVICES AND EXPENSES:** | **$6,213.00** |
| PAYMENT from Account: | -$1,240.59 |
| **BALANCE DUE:** | **$4,972.41** |
| | *Balance is due within 7 days of receipt of invoice.* |

Client Trust Summary

| | |
|---|---:|
| Previous balance of default: | $1,240.59 |
| Payment from account: | -$1,240.59 |
| New Balance of Account: | $0.00 |

Thank you for your business.            Fed ID#: 46-2267267            2 of 2



PO BOX 4043
CONCORD CA  94524-4043

# Alltran Financial, LP

July 3, 2018

| Creditor: TOYOTA MOTOR CREDIT CORPORATION |
| Account: ██████████ |
| Alltran ID: 40241952 |
| Account Balance: $24,786.91 |

ADDRESS SERVICE REQUESTED



Adam S. Martushoff
1416 NW 46TH ST STE 105
SEATTLE WA 98107-4622

## SETTLEMENT OFFER
## $19,829.53 IN 3 PAYMENTS

Our client, TOYOTA MOTOR CREDIT CORPORATION, has agreed to accept $19,829.53 in 3 equal payments of $6,609.84 as settlement for monies owing on your account. This settlement is only valid if the payment schedule outlined below is met. If the payment schedule outlined below is not met, we are not obligated to renew this offer. If you need additional time to consider this offer, or cannot timely make these payments, please call JENNIFER MEDINA on our toll-free number 800-467-9144 ext. 9046 to discuss.

Please mail each payment along with the corresponding payment coupon to the address shown on the coupon, and make your payment payable to TOYOTA MOTOR CREDIT CORPORATION.

This communication is from a debt collector. We are required to inform you that this is an attempt to collect a debt, and any information obtained will be used for that purpose.

Sincerely,

JENNIFER MEDINA
800-467-9144 ext. 9046

**Looking for a secure and more convenient way to pay your account?** Make payments with your Debit Card using your mobile phone or other electronic device at www.alltranfinancialpay.com to take advantage of this simple and free service available 24 hours a day.

Office Hours (all times Central)
Monday-Thursday: 8 AM to 9 PM • Friday: 8 AM to 4 PM • Saturday: 7 AM to 11 AM

¡Traducción en español al lado reverso!

### *Detach Coupon and Mail with Payment*

| *Payment 1 of 3* | *Payment 2 of 3* | *Payment 3 of 3* |
|---|---|---|
| **Alltran ID: 40241952** | **Alltran ID: 40241952** | **Alltran ID: 40241952** |
| Mail Payment To: | Mail Payment To: | Mail Payment To: |
| Alltran Financial, LP | Alltran Financial, LP | Alltran Financial, LP |
| P.O. Box 722929 | P.O. Box 722929 | P.O. Box 722929 |
| HOUSTON TX  77272-2929 | HOUSTON TX  77272-2929 | HOUSTON TX  77272-2929 |
| Payment Amt - $6,609.84 | Payment Amt - $6,609.84 | Payment Amt - $6,609.84 |
| Due Date - July 18, 2018 | Due Date - August 17, 2018 | Due Date - September 16, 2018 |
| Payable to: TOYOTA MOTOR CREDIT CORPORATION | Payable to: TOYOTA MOTOR CREDIT CORPORATION | Payable to: TOYOTA MOTOR CREDIT CORPORATION |




**Portfolio Recovery Associates, LLC**

08/18/2018

Dear ADAM S MARTUSHOFF,

## We know life happens.

Every day Portfolio Recovery Associates, LLC works with people to resolve their debt. We would love to do the same for **YOU**.

## Pay online at PRApay.com.

Access your account from your computer or mobile device. This website will help you understand the process, your options, and—most importantly— how we're committed to working together to resolve your debt. Or call us, we are standing by ready to help.

Sincerely,
PORTFOLIO RECOVERY ASSOCIATES, LLC

### Account Details

**Account Number:** ▓▓▓▓▓▓▓▓
**Seller:** CAPITAL ONE BANK (USA) N.A.
**Original Creditor:** CAPITAL ONE BANK (USA) N.A.
**Creditor to Whom Debt is Owed:** PORTFOLIO RECOVERY ASSOCIATES, LLC
**Balance:** $452.79

### Contact Us

**Paying your bill is easy with any of these options:**

 www.PRApay.com

 1-800-772-1413

 **Pay by mail** - checks and payments to:
PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914
Norfolk VA 23541

### Account Offers



**1 Month***

**Savings Plan**
Pay $271.67 for 1 consecutive month(s) and **SAVE $181.12**

**3 Month***

**Savings Plan**
Pay $91.92 for 3 consecutive months and **SAVE $177.03**



**6 Month***

**Savings Plan**
Pay $46.47 for 6 consecutive months and **SAVE $173.97**

The savings will be applied to the balance and your account will be considered "Settled in Full" after your final payment is successfully posted.
*We are not obligated to renew this offer.
**Your first payment must be received by: 09/17/2018**

**This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.**

Notice: See Reverse Side for Important Information

# CBE group

The CBE Group, Inc.
1309 Technology Pkwy, Cedar Falls, IA 50613
7:00 a.m. - 10:00 p.m. CT Monday-Friday

06/27/18

| | |
|---|---|
| Call: | (800)830-0285 |
| Creditor: | eBay |
| Account Number: | ▓▓▓▓▓▓▓ |
| CS Number: | 21-70006557 |
| Reference Number: | 0059 |

**Total Amount Due: $88.31**

Dear Adam Martushoff :

Your eBay account has been referred to CBE Group for collection. Please take this opportunity to pay your account balance in full.

We are committed to helping you resolve your debt. If you cannot pay the full balance at this time, we have many payment options that may meet your individual needs. Please give us a call at (800)830-0285. We are here to help.

**Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days after receiving this notice, that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.**

The CBE Group, Inc. mailing address Po Box 2635 , Waterloo, IA 50704-2635

*Pay Online –*
*Account resolution*
*the easy way:*

Login to your account at
www.paycbegroup.com to
quickly and easily pay your
balance in full or setup
payment arrangements.

---

**This is an attempt to collect a debt; any information obtained will be used for that purpose.**
**This communication is from a debt collector.**

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

---

PLEASE DETACH AND RETURN LOWER PORTION WITH ENCLOSED ENVELOPE                    Z3_CDCBEG04_0059

---

PO BOX 2635
WATERLOO, IA 50704-2635
CHANGE SERVICE REQUESTED



ACCT#: ▓▓▓▓▓▓▓  CS #:21-70006557  REF #: 0059  DATE: 06/27/18

CALL: (800)830-0285
2170006557-31-335-34718145



011900900

Adam Martushoff
1416 NW 46th St
Seattle WA 98107-4622

THE CBE GROUP, INC.
Payment Processing Center
PO Box 2547
Waterloo, IA 50704-2547

21 07000655700000335 0000000008831 062718 059 8

*****AUTO**MIXED AADC 300
1939 1 MB 0.424                           001939
SHAPIRO LAW
600 1ST AVE STE 410
SEATTLE, WA 98104-2237

                              2pgs

*Adam,*
*You will need to pay*
*this to ciox.*
*Michelle*

|||||···|·|||·|·|||·||||·||||·||||·|||·|||·|||·||||·||·||||||



**CiOX**
HEALTH

**SEND CORRESPONDENCE ONLY TO:**
**P.O. Box 1812**
**Alpharetta GA 30023-1812**

| Notice Date | Customer No. | Page |
|---|---|---|
| 07/05/18 | 2097153 | 1 of 2 |

ACCT:   2097153          CT: ATTY

SHAPIRO LAW
600 1ST AVE STE 410
SEATTLE, WA 98104-2237

**REMIT TO:**
**CIOX Health**
**PO BOX 409740**
**ATLANTA GA 30384**
**Federal Tax ID: 58-2659941**

## DELINQUENT NOTICE

| AGED BALANCES | | | | Total Due USD   39.67 |
|---|---|---|---|---|
| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | |
| 0.00 | 39.67 | 0.00 | 0.00 | |

**Despite our repeated attempts to collect your seriously past-due debt, you have not resolved your delinquency. This is your final opportunity to resolve this matter on a voluntary basis. If we do not receive payment for past due invoices within 15 days, we may forward your account to a collection agency or take legal action.**



CONTINUED ON NEXT PAGE

866-486-2424 EXT-14449

ID# 1824 2000 2376, ACCT NO-8819838 ,TYPE-TP/TXD



NORTH SHORE AGENCY                                      270 SPAGNOLI ROAD, SUITE 110 • MELVILLE, NY 11747

SEPTEMBER 4, 2018
Creditor: Disney Movie Club
Membership #: 8819838
Amount Due: $50.47

ADAM MARTUSHOFF
1416 NW 46TH ST
SEATTLE WA  98107-4622

## STATEMENT OF DEBT RECOVERY

North Shore Agency has been retained by our client to recover the total amount you owe them. We hereby pursue payment with due diligence.
This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.

## STATEMENT OF YOUR INDEBTEDNESS

Your failure to reply to previous notice from this collection agency and our client has left us no alternative other than to proceed hereby with collection of your debtor account.  Your full payment will change the delinquent status of your account.

## STATEMENT OF INTENTIONS

Resolve this matter with your response.  Make your full payment in the form of a check or money order, payable to the Disney Movie Club, and mail it in the enclosed envelope.  If necessary, you may contact our client directly at 800-362-4587.  Send correspondence, other than payments, to this collections agency at P.O. Box 9221, Old Bethpage, NY 11804.

To **contact us** using our electronic message contact form, GO TO: **www.northshoreagency.biz/TP**

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

SEPTEMBER 4, 2018



Member #: 8819838
**Disney Movie Club**

DISNEY MOVIE CLUB
PO BOX 758
NEENAH WI 54957-0758

ADAM MARTUSHOFF
1416 NW 46TH ST
SEATTLE WA  98107-4622

Sincerely,

Eugene Sullivan

Collection Mgr.

| PAY THIS AMOUNT | $50.47 |





140395-P8CTJB11-112

NSASB2

# UNIVERSITY OF WASHINGTON
## LABORATORY MEDICINE
PO BOX 9468
SEATTLE, WA 98109-0468

| Invoice Date: | 07/22/2018 |
|---|---|
| Invoice Amount: | $45.24 |
| Accession ID: | 302L198130 |

**Billing Questions**
Phone: 206-616-8900
Fax: 206-520-8911

ADAM S MARTUSHOFF
1416 NW 46TH ST STE 105
SEATTLE WA 98107-4622

UNIVERSITY OF WASHINGTON LAB MEDICINE
REFERENCE LAB SERVICES
PO BOX 3655
SEATTLE WA 98124-3655

Page 1 of 2

Client Name: Uwnc Hall Health
Ordering Physician: MARGUERITE BRADY

Patient Name: ADAM S MARTUSHOFF

| Date | Units | CPT Code | Description | Charges | Payment or Adjustment | Total Due |
|---|---|---|---|---|---|---|
| 02/23/18 | 1 | 36415 | ROUTINE VENIPUNCTURE | $16.90 | | $16.90 |
| | 1 | 86765 | RUBEOLA ANTIBODY | $28.34 | | $28.34 |
| | | | Total Amount Due: | | | $45.24 |

3RD STATEMENT-Your account is seriously delinquent. Please remit payment to UWMC-Laboratory Medicine. If paying by Credit Card, please call(206) 616-8900. Or pay your bill online http://depts.washington.edu/labweb/.

---

# UNIVERSITY OF
## WASHINGTON
### LABORATORY MEDICINE
PO BOX 9468
SEATTLE, WA 98109-0468

**Billing Questions**
Phone: 206-616-8900
Fax: 206-520-8911

1 AB  *A-03-ALV-DM-03960-17

ADAM S MARTUSHOFF
1416 NW 46TH ST STE 105
SEATTLE WA 98107-4622



Identification No: U3869335        **Patient Statement**

If paying by Credit Card, please call (206) 616-8900. To pay online, go to http://depts.washington.edu/labweb/

| ACCESSION ID | STATEMENT DATE | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| 302L198130 | 07/22/2018 | 08/12/2018 | $45.24 |

MAKE CHECKS PAYABLE TO:
UNIVERSITY OF WASHINGTON LAB MEDICINE

AMOUNT ENCLOSED $

UNIVERSITY OF WASHINGTON LAB MEDICINE
REFERENCE LAB SERVICES
PO BOX 3655
SEATTLE WA 98124-3655

00000302L198130 0000004524 3