UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM S. MARTUSHOFF, | CASE NO. C18-1870 RSM |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STATE OF WASHINGTON, et al., | |
| Defendants. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

This matter has been pending since January 2, 2019. Dkt. #3. Plaintiff filed an Amended Complaint the same day the Complaint was filed. Dkt. #7. Since then, Plaintiff has filed eight motions to amend and supplement the Amended Complaint, each time withdrawing the preceding motion to amend. Most Defendants have been served with the Amended Complaint (Dkt. #7).

On March 25, 2019, State Defendants and Plaintiff filed contemporaneous letters indicating their agreement that Defendants should not be required to respond to Plaintiff's complaint until Plaintiff's motion to amend has been resolved. The Court agrees.

MINUTE ORDER – 1

Accordingly, all Defendants that have appeared shall respond to Plaintiff's complaint by:

1) If the Court rules on a motion to amend and grants the motion, 14 days after Plaintiff files, and Defendants are served with, an amended complaint;

2) If the Court rules upon a motion to amend and denies the motion, 14 days after the order denying the motion is entered on the docket; or

3) If Plaintiff withdraws a then pending motion to amend and provides notice to Defendants that Plaintiff no longer seeks to amend his complaint, 14 days after Plaintiff files a notice withdrawing his motion to amend.

Dated this 28th day of March 2019.

                                                WILLIAM McCOOL, Clerk

                                                By: /s/Paula McNabb
                                                     Deputy Clerk

MINUTE ORDER – 2