UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM MARTUSHOFF, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THERESA LUVERA, *et al.*,<br><br>Defendants. | CASE NO. C18-1870 RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL |

This matter comes before the Court on pro se Plaintiff Adam Martushoff's Motion for Voluntary Dismissal under Rule 41(a) and for Relief from the Filing Deadline under LCR 7(j). Dkt. #100. Defendants did not file a response to Plaintiff's motion.

On March 25, 2019, Plaintiff filed a motion to amend and supplement his complaint with a proposed Second Amended Complaint attached. Dkt. #52. The Court denied Plaintiff's motion for failure to comply with Rule 8 pleading requirements. Dkt. #93; *see* Fed. R. Civ. P. 8. Given Plaintiff's previous attempts to amend his complaint, *see, e.g.*, Dkts. #16, 21, 25, 43, 45, 49, the Court ordered Plaintiff to file a Second Amended Complaint within twenty-one (21) days to allow him the opportunity "to address the deficiencies he already identified in his current

ORDER GRANTING PLAINTIFF'S MOTION
FOR VOLUNTARY DISMISSAL
PAGE - 1

pleading—specifically, substituting or terminating certain defendants, adding new authorities to the Basis of Jurisdiction, and clarifying particular aspects of his Statement of Claim." Dkt. #93 at 7. In response to the Court's order, Plaintiff requested a time extension of an additional seventy-four (74) days to file his Second Amended Complaint, which the Court partially granted on July 1, 2019 to allow him an additional thirty (30) days. Dkt. #99.

On July 31, 2019, Plaintiff filed this Motion for Voluntary Dismissal under Rule 41(a). Dkt. #100; *see* Fed. R. Civ. P. 41(a)(1)(A). Plaintiff also requests relief from the deadline to file his Second Amended Complaint. Plaintiff's motion cites his inability to meet the Court's deadline due to lack of legal experience and states his intention to re-file once he has obtained assistance with preparing a revised complaint. Dkt. #100 at 13.

The Court finds good cause to grant Plaintiff relief from the filing deadline and to dismiss all claims in this case under Rule 41(a). Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS:

1) Plaintiff's Motion for Voluntary Dismissal (Dkt. #100) is GRANTED.

2) Plaintiff's claims are dismissed without prejudice.

3) This case is CLOSED.

DATED this 28th day of August 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE